UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAUL ERNESTO GONZALEZ MELENDEZ,

Petitioner,

v.

WARDEN/FACILITY ADMINISTRATOR, et al.,

Respondents.

Case No.: 26-cv-4944-RSH-VET

**ORDER GRANTING PETITION**

On August 31, 2026, petitioner Saul Ernesto Gonzalez Melendez, proceeding pro se, filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition") and a motion for a temporary restraining order. ECF Nos. 1, 2. Petitioner contends that his detention is governed by 8 U.S.C. § 1226(a), that he was not presented with a warrant bearing his name at the time of his arrest, and that his detention without a bond hearing violates due process. ECF Nos. 1 at 5–8; 1-2 at 2. Petitioner seeks his immediate release or, alternatively, an individualized bond hearing. ECF No. 1 at 9.

On September 8, 2026, the Government filed a return acknowledging that Petitioner is subject to detention under 8 U.S.C. § 1226(a) pursuant to *Rodriguez Vazquez v. Bostock*, 183 F.4th 1160, 1164 (9th Cir. 2026). ECF No. 5 at 1. The Form I-213 attached to the

Government's return indicates that Petitioner was arrested on July 29, 2026, pursuant to a Warrant of Removal (Form I-205). ECF No. 5-1 at 3.

The Court concludes that an individualized bond hearing is the appropriate remedy under the circumstances presented here. *See Marcelino v. LaRose*, No. 3:26-cv-04098-RBM-SBC, 2026 WL 2210910, at *2–3 (S.D. Cal. July 30, 2026) (declining to order immediate release and instead ordering a bond hearing even assuming respondents had failed to comply with warrant requirement); *Gonzalez-Ramos v. Mullin*, No. 26-CV-3159 JLS (GC), 2026 WL 1865899, at *2 (S.D. Cal. June 29, 2026) (concluding that a bond hearing was the appropriate remedy for the petitioner's asserted warrantless detention).

Accordingly, the Petition is **GRANTED** as follows. Respondents are directed to arrange a bond hearing for Petitioner under 8 U.S.C. § 1226(a) before an immigration court within ***seven (7) days*** of this order.

In light of the relief granted herein, Petitioner's application for a temporary restraining order [ECF No. 2] is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: September 11, 2026

Robert S Huie

Hon. Robert S. Huie
United States District Judge